No. 738. CASCADE COUNTY CONSUMERS ASSOCIATION ET AL. *v.* PUBLIC SERVICE COMMISSION OF MONTANA ET AL. Sup. Ct. Mont. Certiorari denied. *C. W. Leaphart* for petitioners. *Francis M. Shea, William H. Dempsey, Jr., William P. Mufich, S. B. Chase, Jr.,* and *John J. Burke, Jr.,* for respondents.

No. 737. CRAIG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Jack Holt, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 741. ELBERT MOORE, INC. *v.* GREEN, COMPTROLLER OF FLORIDA. Sup. Ct. Fla. Certiorari denied. *John R. Lawson, Jr.,* for petitioner. *James W. Kynes,* Attorney General of Florida, and *Gerald Mager,* Assistant Attorney General, for respondent.

No. 744. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. *v.* HORN. Sup. Ct. Cal. Certiorari denied. *Louis M. Welsh* and *John J. Balluff* for petitioner. *John W. Montgomery* for respondent.

No. 745. BISHOP *v.* SUPREME COURT OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied. *Frank E. Visco* for petitioner.

No. 751. RICHARDS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Raymond E. Sutton* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.